NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1280

SINCE HARDWARE (GUANGZHOU) CO., LTD.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

HOME PRODUCTS INTERNATIONAL, INC.,

Defendant-Appellant.

Appeal from the United States Court of International Trade in case no. 09-00123, Judge Richard K. Eaton.

## ORDER

The court considers whether a special briefing schedule is warranted.

Upon consideration thereof,

IT IS ORDERED THAT:

Home Products International, Inc. should calculate the due date for its brief in accordance with the court's rules. The United States' brief is due within 30 days of the date of service of Home Products' brief. Since Hardware (Guangzhou) Co., Ltd.'s brief

is due within 30 days of the date of service of the United States brief.  Home Products'

reply brief is due within 14 days of the date of service of Since Hardware's brief.

FOR THE COURT

**MAY - 6 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 6 2009

JAN HORBALY
CLERK

cc:   Ronald M. Wisla, Esq.
      Frederick L. Ikenson, Esq.
      David S. Silverbrand, Esq.

s17